

# Fourth Court of Appeals
## San Antonio, Texas

December 4, 2019

No. 04-19-00522-CR

Marcell Lawrence **CALVIN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR3378
Honorable Ray Olivarri, Judge Presiding

## O R D E R

After this court granted a first motion for extension of time, the State's brief was due November 22, 2019. On November 25, 2019, the State filed its brief and a second motion for extension of time to file the brief. The motion is GRANTED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of December, 2019.

_Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court